# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>    Petitioner,<br><br>v.<br><br>SANTA BARBARA COUNTY SUPERIOR COURT,<br><br>    Respondent. | CASE NO. 2:19-cv-05177-DSF (SK)<br><br>**JUDGMENT** |

  Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without leave to amend, and this habeas action is dismissed with prejudice.

  IT IS SO ORDERED.

DATED: August 30, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE